# UNITED STATES BANKRUPTCY COURT
## Eastern District of Missouri
### Thomas F. Eagleton U.S. Courthouse
### 111 South Tenth Street, Fourth Floor
### St. Louis, MO 63102

In re:  
Dianna Rhodes  
**Debtor(s)**

Case No.: 24–42363 – B169  
Chapter: 7

## ORDER AND NOTICE OF DOCUMENTS DUE

**The following documents were not filed with the voluntary petition or by the date of the order of conversion. They are due within 14 days from the date of filing of the above listed bankruptcy petition or from the date of the order of conversion.**

**NOTICE IS HEREBY GIVEN THAT FAILURE TO TIMELY FILE THE DOCUMENTS NOTED BELOW**
☒ **OR FILE A WRITTEN REQUEST FOR EXTENSION OF TIME WITHIN THE 14–DAY PERIOD MAY LEAD TO DISMISSAL OF THIS CASE WITHOUT FURTHER NOTICE OR HEARING OR MAY LEAD TO OTHER ACTION.**

☐ The Filer incorrectly filed the Non–Individual Form for at least one or more of the documents indicated below. The correct INDIVIDUAL Form MUST be filed.

☐ A Summary of Your Assets and Liabilities and Certain Statistical Information (Official Form B106Sum)

☐ Schedule A/B: Property (Official Form B106A/B)

☐ Schedule C: The Property You Claim as Exempt (Official Form B106C)

☐ Schedule D: Creditors Who Hold Claims Secured by Property (Official Form B106D)

☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form B106E/F)

☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form B106G)

☐ Schedule H: Your Codebtors (Official Form B106H)

☐ Schedule I: Your Income (Official Form B106I)

☐ Schedule J: Your Expenses (Official Form B106J)

☐ Declaration About an Individual Debtor's Schedules (Official Form B106Dec)

☐ Your Statement of Financial Affairs for Individuals Filing for Bankruptcy (Official Form B107)

☐ Attorney Fee Election Form

☐ Attorney Compensation Disclosure Statement (Federal Rule of Bankruptcy Procedure 2016(b)) (Official Form B2030)

☐ Chapter 13 Plan with Certificate of Service indicating a copy was mailed to all creditors (Local Form 13)

☐ A Summary of Your Assets and Liabilities and Certain Statistical Information; All Schedules; Declaration About an Individual Debtor's Schedules; and Your Statement of Financial Affairs for Individuals Filing for Bankruptcy.

☐ Chapter 7 Statement of Your Current Monthly Income and Means–Test Calculation (Official Form B122A)

☐ Chapter 11 Statement of Your Current Monthly Income (Official Form B122B)

☐ Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Official Form B122C)

☐ Certificate of Credit Counseling – Voluntary Petition was ☐ filed without certificate attached; ☐ filed without sheet explaining exigent circumstances; ☐ filed without Motion for Waiver of Credit Counseling

☐ Voluntary Petition missing a signature – on page . An Amended Petition MUST be filed containing signatures on pages and .

☐ Voluntary Petition, Form B201 (Non−Individual), was filed. Voluntary Petition, Form B101 (Individual), MUST be filed as an Amended Petition.

☐ Documents required to be filed pursuant to Local Rule 1019(A)(2)

☐ Matrix and Verification of Matrix in Converted Case, if Creditors are being added (L.R. 1019)

☑ Other The Amended Voluntary Petition was not served upon all creditors and parties to the case per Local Rule 1002(H). A Certificate of Service showing all creditors and parties to the case were served a copy of the Amended Petition must be filed.

**Copies of the forms referenced above can be accessed at the following web addresses:**
  **Official Forms:** https://www.uscourts.gov/forms/bankruptcy−forms
  **Local Forms:** https://www.moeb.uscourts.gov/forms−0

*[signature]*

**U.S. Bankruptcy Judge**

**Dated:** 7/22/24
**St. Louis, Missouri**
**Rev.** 12/20 defind14