# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | |
| | ) | Case No. 24-42363-169 |
| Dianna Rhodes, | ) | |
| | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Re: Doc. No. 11 |

**TO: ALL CREDITORS AND PARTIES IN INTEREST**

On July 16, 2024, this Court entered an Order dismissing this Chapter 7 case due to the Debtor's failure to pay the filing fee for this case [Doc. No. 11] after denial of the Debtor's Application for Individuals to Pay the Filing Fee in Installments. See Doc. No. 4 (comprising application to pay filing fee in installments); Doc. No. 8 (comprising order denying application to pay installment fee). On July 22, 2024, the Debtor filed her Motion to Reinstate Case and Set Aside Dismissal [Doc. No. 15] (the "Motion to Reinstate"). In the Motion to Reinstate, the Debtor seeks to have this Chapter 7 case reinstated and to have the Order dismissing this case set aside on grounds that the Debtor now has now paid the appropriate filing fee.

Therefore, upon consideration and review of the record in this case, it is

**ORDERED** that the Debtor's Chapter 7 case be and hereby is **REINSTATED,** that this Court's Order of July 16, 2024, be and hereby is **SET ASIDE** in its entirety, and that the 180-day bar to any subsequent bankruptcy filing/s by the Debtor is hereby **REMOVED**. To that end, this case and the stays of 11 U.S.C. § 362 hereby are reinstated; and it is further

.**ORDERED** that all motions pending when this case was dismissed hereby are reinstated without calendar dates. The Debtor shall obtain hearing date/s and time/s and

reset all matters that were pending as of the dismissal of this case and provide notice to all appropriate parties of the rescheduled hearing date/s and time/s. Failure to comply with the provisions of this Order within fourteen (14) days of the date of this Order may result in any matter that was pending as of the dismissal of this case being granted or approved upon application of its movant without further notice.

**IT IS FURTHER ORDERED** that the Clerk of Court shall prepare, enter and send to all parties on the matrix in this case an Order and Notice of Chapter 7 Bankruptcy Case that includes a rescheduled date for the meeting of creditors and the deadlines for filing objections to discharge and/or dischargeability in this case.

**IT IS FURTHER ORDERED** that the deadline for creditors and other parties to object to discharge and/or dischargeability in this case shall be sixty days after the initial setting of the rescheduled meeting of creditors pursuant to 11 U.S.C. § 341 in this matter.

**IT IS FURTHER AND FINALLY ORDERED** that the Debtor remains required to comply with this Court's Order and Notice of Documents Due entered on July 22, 2024 [Doc. No. 17] that requires the Debtor to serve a copy of the Debtor's Amended Voluntary Petition [Doc. No. 16] on all creditors in and parties to this case and to file a certificate of service on or before August 5, 2024 that complies with Local Rule 9004(D)(2) to show that service occurred.

DATED: July 23, 2024  
St. Louis, Missouri  
mtc

_____  
BONNIE L. CLAIR  
Chief United States Bankruptcy Judge

**Copies to:**

**Dianna Rhodes**
46 Jean Dr
Florissant, MO 63031
DEBTOR

**Kristin J Conwell**
Conwell Law Firm LLC
PO Box 56550
St. Louis, MO 63156
CHAPTER 7 TRUSTEE

**Office of US Trustee**
111 S Tenth St, Ste 6.353
St. Louis, MO 63102
UNITED STATES TRUSTEE